34394. HORNSBY v. VAUGHN.

PER CURIAM.

This appeal is from a judgment changing custody of a minor child from the father to the mother. We affirm. There is reasonable evidence to support the trial court's decision to change custody. *Robinson v. Ashmore,* 232 Ga. 498 (207 SE2d 484) (1974).

*Judgment affirmed. All the Justices concur.*

SUBMITTED JANUARY 5, 1979 — DECIDED FEBRUARY 6, 1979 —
REHEARING DENIED FEBRUARY 27, 1979.

*Charles M. Lipman, Warren W. Hoffman,* for appellant.

*David F. Kell, Jr.,* for appellee.